## Commonwealth *v.* Edwards, Appellant.

Argued December 8, 1972. *Richard H. Knox*, for appellant; *Maxine J. Stotland*, Assistant District Attorney, with her *Milton M. Stein*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Evans, Appellant.

Argued December 11, 1972. *James J. Phelan, Jr.*, for appellant; *Milton M. Stein*, Assistant District Attorney, with him *James D. Crawford*, Deputy District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.